IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR THOMAS FREEMAN,

      Petitioner,                 No. CIV S-07-2000 JAM KJM P

    vs.

D.K. SISTO,

      Respondent.         ORDER

_____/

      Petitioner has requested an extension of time to file a reply to respondent's opposition to petitioner's September 23, 2008 request for filing court transcripts. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (docket no. 10) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's opposition to petitioner's September 23, 2008 request for filing court transcripts.

DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/ke
free2000.111