# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TREVOR THOMAS FREEMAN,<br><br>               Petitioner,<br>v.<br><br>D.K. SISTO, Warden, et al.,<br><br>               Respondents. | Case No. 2:07-CV-02000-MMS<br><br>ORDER |

On March 6, 2009, this court ordered the parties to show cause why this action should not be administratively stayed pending the Ninth Circuit's en banc decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), <u>reh'g en banc granted</u>, 527 F.3d 797 (9th Cir. 2008).

No party has filed a statement of opposition. Accordingly, this action is stayed pending final disposition of <u>Hayward v. Marshall</u>.

DATED:    April 7, 2009

                                                   /s/ *Mary M. Schroeder*
                                                 MARY M. SCHROEDER,
                                                 United States Circuit Judge
                                                 Sitting by designation