1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                    **SACRAMENTO DIVISION**

11

12   TREVOR THOMAS FREEMAN,              )      Case No.  2:07-CV-02000-MMS
                                         )
13                      Petitioner,      )      ORDER
     v.                                  )
14                                       )
     D.K. SISTO, Warden, et al.,         )
15                                       )
                        Respondents.     )
16   _____ )

17

18         On April 7, 2009, this case was stayed pending the outcome of the en banc decision in

19   *Hayward v. Marshall*.  The Ninth Circuit has issued its opinion in this case.  *See Hayward v.*

20   *Marshall*, – F.3d –, 2010 WL 1664977, (9th Cir. 2010) (en banc).  The parties are directed to file

21   simultaneous memoranda within thirty (30) days of this order on the applicability of *Hayward* to

22   the pending petition.  Briefs shall not exceed 2,000 words.

23         DATED:      June 1, 2010

24

25                                   /s/ *Mary M. Schroeder*
                                     MARY M. SCHROEDER,
26                                   United States Circuit Judge
                                     Sitting by designation
27

28